SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>               Plaintiffs,<br><br>vs.<br><br>ELCO ELECTRIC, INC., A California Corporation<br><br>               Defendant(s). | CASE NO.: CV10-02718 PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date: September 14, 2010<br>Time: 2:00 P.M.<br>Place: Courtroom 5, 4th Floor |

      Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

### DESCRIPTION OF THE CASE

      This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until October 12, 2010. Settlement negotiations are in progress and Plaintiffs expect the case to settle. Therefore, Plaintiffs request that the case

1 | be continued until October 12, 2010, for another Case Management Conference.

2

3 | Respectfully submitted,

4 | Dated: September 7, 2010

5 | SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to October 12, 2010, at 2:00 P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 9/14/10

MAG. JUDGE OF THE U.S. DISTRICT COURT

Law Office of Sue Campbell
1155 N. First St, Ste. 101
San Jose, CA 95112

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV10-02718 PVT