UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELCO ELECTRIC, INC, <br><br> Defendant. | Case No.: C 10-2718 PVT <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On October 22, 2010, the court entered default against Defendant Elco Electric, Inc. On November 5, 2010, Plaintiff filed a Stipulation for Entry of Judgment and a Request for Conditional Dismissal. This case has been initially assigned to a Magistrate Judge. Based on the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge for all further proceedings based on the fact not all parties have consented to Magistrate Judge jurisdiction. Absent consent of all parties, a Magistrate Judge does not have authority to enter judgment or dismiss a case. *See* 28 U.S.C. § 636(c)(1).

Dated: - *Nov. 10, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*