1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 BOB TRAGNI AND WILLIAM T.              )  CASE NO.: 10-CV-02718 PVT
   BARROW, AS TRUSTEES OF THE             )
11 INTERNATIONAL BROTHERHOOD OF           )  REQUEST  FOR  CONDITIONAL
   ELECTRICAL WORKERS LOCAL 332           )  DISMISSAL PENDING PAYMENT IN
12 HEALTH AND WELFARE AND PENSION         )  FULL    UNDER    SETTLEMENT
   TRUST FUNDS, NEBF, JEIF, NECA          )  AGREEMENT    AND    ORDER
13 SERVICE CHARGE, NECA, DUES             )  THEREON
   CHECK OFF  AND APPRENTICESHIP          )
14 TRAINING TRUST FUNDS,                  )
                                          )
15                    Plaintiffs,         )
                                          )
16 vs.                                    )
                                          )
17 ELCO   ELECTRIC,   INC.,   A   California)
   Corporation                           )
18
                      Defendant(s).
19  ───────────────────────────────────────

20      All parties having appeared and executed a Stipulation for Entry of Judgment, the parties

21 hereby request that the Court order a conditional dismissal of the entire action. The dismissal is

22 conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as

23 Exhibit "A".  The court shall retain jurisdiction in this matter. In the event Defendant defaults

24 in performance of the terms of the Stipulation for Entry of Judgment, judgment shall be entered

25 upon ten (10) days' written notice to Defendant, and a declaration filed by Plaintiffs' attorney

26 as to default by the Defendant. Pursuant to the stipulation of the parties, the judgment to be

27

28

Law Office of Sue
Campbell
1155 N. First St,                                  1
Ste. 101          ───────────────────────────────────────
San Jose, CA 95112  REQUEST FOR CONDITIONAL DISMISSAL
                    No. 10-CV-02718 PVT

1   entered shall be for the balance owed in contributions for the period November 2009 - May 2010

2   in the amount of $96,079.23, attorney's fees of $2,500.00, Costs of $350.00, Liquidated damages

3   for the months of November 2009 - May 2010 in the amount of $13,330.00, Interest in the

4   amount of $586.73 plus interest on the declining balance due at 10%, plus current contributions

5   due, less any amounts paid in accordance with the Stipulation for Entry of Judgment.

6

7

8   Dated: _10/26/10_

9                                          SUE CAMPBELL
                                           Attorney for Plaintiffs

10

11  Dated: _10/26/2010_

12                                         ELCO ELECTRIC,
                                           A CALIFORNIA CORPORATION

13

14                                         BY: _RAJAN COLIC_

15                          **ORDER**

16          In accordance with the settlement and request of the parties, and good cause

17  appearing therefor,

18          IT IS HEREBY ORDERED that a conditional dismissal with prejudice of the

19  entire action be entered.  The dismissal is conditional upon payment in full under the Stipulation

20  for Entry of Judgment attached hereto as Exhibit "A" and for the Contributions due and unpaid

21  to the TRUST FUNDS for the period September 2010 - June 2012. The Court shall retain

22  jurisdiction over this matter. In the event Defendant defaults in performance of the settlement

23  agreement or payment schedule, and upon ten (10) days' written notice to Defendant, and a

24  declaration filed by Plaintiffs' attorney as to default by the Defendant, pursuant to the parties'

25  stipulation, the Court authorizes entry of judgment for the balance owed in contributions for the

26  period November 2009 - May 2010 in the amount of $96,079.23, attorney's fees of $2,500.00,

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

2

REQUEST FOR CONDITIONAL DISMISSAL
No. 10-CV-02718 PVT

1   Costs of $350.00, Liquidated damages for the months of November 2009 - May 2010 in the

2   amount of $13,330.00, Interest in the amount of $586.73 plus interest on the declining balance

3   due at 10%, plus current contributions due, less any amounts paid in accordance with the

4   Stipulation for Entry of Judgment. The clerk shall close the file. It may be re-opened on

5   application by a party contemporaneously with a request to enter judgment pursuant to the

6   stipulation for entry of judgment.

7

8

9   Dated:   12/1/10

10                                                        U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Sue
Campbell
1155 N. First St,      REQUEST FOR CONDITIONAL DISMISSAL
Ste. 101               No. 10-CV-02718 PVT
San Jose, CA 95112

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  BOB TRAGNI AND WILLIAM T.            )   CASE NO.: 10-CV-02718 PVT
    BARROW, AS TRUSTEES OF THE           )
11  INTERNATIONAL BROTHERHOOD OF         )   STIPULATION FOR ENTRY OF
    ELECTRICAL WORKERS LOCAL 332         )   JUDGMENT, JUDGMENT PAYABLE
12  HEALTH AND WELFARE AND PENSION       )   IN INSTALLMENTS
    TRUST FUNDS, NEBF, JEIF, NECA        )
13  SERVICE CHARGE, NECA, DUES           )
    CHECK OFF  AND APPRENTICESHIP        )
14  TRAINING TRUST FUNDS,                )
                                         )
15               Plaintiffs,             )
                                         )
16  vs.                                  )
                                         )
17  ELCO  ELECTRIC,  INC.,  A  California )
    Corporation                          )
18                                       )
                 Defendant(s).           )
19  _____ )

20          IT IS HEREBY STIPULATED and agreed by and between Plaintiffs BOB

21  TRAGNI and WILLIAM T. BARROW as trustees and fiduciaries of the INTERNATIONAL

22  BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE

23  AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES

24  CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS. (hereinafter referred to

25  as "TRUST FUNDS") and Defendant ELCO ELECTRIC, INC., A California Corporation,

26  ("Elco") as follows:

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

1

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-02718 PVT

Exhibit "A"

1.      ELCO shall make all payments on the Contributions due and unpaid to the TRUST
FUNDS for the period November 2009 - May 2010 in the amount of $96,079.23, plus interest
at 10% in the amount of $1,883.62 for a total of $97,962.85 on or before March 28, 2011, and
liquidated damages of $13,330.00 on or before June 28, 2012 as set forth below:

   A.   $10,376.47 will be paid through money received from the Foothill College
        project on market recovery. Elco will sign over the market recover checks
        to the trust funds as they are received. Elco will comply with all reporting
        requirements in order to receive these funds. Elco will timely file all
        necessary documentation in order to obtain payments from I.B.E.W. Local
        332 for the Foothill College project.

   B.   $10,368.00 will be paid through money received from the Pueblo Plaza
        project on market recovery. Elco sign over the market recover checks
        to the trust funds as they are received. Elco will comply with all reporting
        requirements in order to receive these funds. Elco will timely file all
        necessary documentation in order to obtain payments from I.B.E.W. Local
        332 for the Pueblo Plaza project.

   C.   The remaining balance in the amount of $75,334.76 will be paid in seven
        monthly payments. The first four payments will be in the amount of
        $10,747.83. The first payment will be due on September 28, 2010. The
        final payment will be in the amount of $10,847.78 and will be due on
        March 28, 2011.

   D.   Thereafter, ELCO shall pay liquidated damages of $13,330.00 at $1,000
        per month for the next thirteen months. The first payment shall be on April
        28, 2011. The final payment on June 28, 2012 shall be in the amount of
        $330.00.

   E.   On April 1, 2011, if ELCO is current with the payment schedule as set

Law Office of Sue Campbell
1155 N. First St, Ste. 101
San Jose, CA 95112

2

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-02718 PVT

Exhibit "A"

forth above in "C", and is current on all contributions, they may request a waiver or reduction of liquidated damages. Any waiver will be granted at the discretion of the board. Any modifications of payments or modifications including the reduction of liquidated damages must be agreed to in writing by both ELCO and the Trust Funds.

2.	Any modification of payments must be made in writing and agreed to by both the Trust Funds and ELCO.

IT IS FURTHER AGREED that ELCO shall make payments of all ongoing amounts to become due to the Trust Funds pursuant to contract between ELCO and Trust Funds for covered hours worked by defendant employees commencing with payment for September hours due on or before October 15, 2010 and continuing until the full amount of the reduced judgment as set forth below is paid. Checks will be made payable to: "I.B.E.W. Local 332 Employee Benefit Trust Funds" and sent to Sue Campbell at: 1155 N. First St., Suite 101 San Jose, CA 95112.

IT IS FURTHER AGREED by the parties hereto that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement in the timely manner as required above, and pursuant to the terms of this stipulation as set forth above, the stipulated judgment attached as Exhibit "A" shall be entered in the amount set forth below:

A.	Contributions due and unpaid to the TRUST FUNDS for the period November 2009 - May 2010 in the amount of $96,079.23.

B.	Liquidated damages due and unpaid to the TRUST FUNDS for the months of March - May 2010 in the amount of $13,330.00

C.	Attorney's fees due pursuant to contract in the amount of $2,500.00

D.	Costs of suit incurred in this action in the amount of $350.00.

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

3

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-02718 PVT

Exhibit "A"

| | |
|---|---|
| 1 | E. | Contributions from September 2010 through March 2011, reduced |
| 2 | | by any offsets for payments made. |
| 3 | F. | Interest at 10% from April 15, 2010 in the amount of $586.73 plus |
| 4 | | interest on the declining balance due on the payment schedule at |
| 5 | | 10%. |

6

7      Said Judgment shall issue upon ten days written notice to ELCO, upon the filing of a

8  declaration by Trust Funds' attorney stating that a default has occurred.

9      Upon payment of Contributions due and unpaid to the TRUST FUNDS for the period

10  November 2009 - May 2010 in the amount of $96,079.23, plus interest at 10% in the amount of

11  $1,883.62 for a total of $97,962.85 plus liquidated damages in the amount of $13,330.00 for a

12  total of $111,292.85, the TRUST FUNDS shall file a Request for Dismissal with prejudice in

13  the lawsuit filed in the U.S. District Court, Northern District of California, case number: 10-CV-

14  02718 PVT entitled BOB TRAGNI AND WILLIAM T.BARROW, AS TRUSTEES OF THE

15  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH

16  AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE,

17  NECA, DUES   CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS vs.

18  ELCO ELECTRIC, INC., A California Corporation and shall provide a file endorsed copy of

19  that Request for Dismissal via U.S. Mail to ELCO ELECTRIC, INC., A California Corporation

20  at: 1957 O'TOOLE AVENUE, SAN JOSE, CA 95131.

21      This Stipulation covers the delinquent amounts due to the Plaintiffs for the time

22  period: November 2009 - May 2010 only, and does not include any amounts for any other time

23  period that the collective bargaining agreement is in effect between the signatory parties. By

24  entering into this Stipulation, Trust Funds do not waive their right to audit the employer for the

25  above time period, or any other time period, and to collect through a subsequent legal action any

26  additional monies found by an audit to be delinquent because of unreported hours.

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-02718 PVT

Exhibit "A"

1  additional monies found by an audit to be delinquent because of unreported hours.

2        This agreement may be executed in multiple counterparts, each of which shall

3  constitute an original, and all of which taken together shall constitute one and the same

4  agreement.

5        In witness thereof, Plaintiff and Defendant have executed this stipulation for

6  judgment this _____ day of _____ 2010, at San Jose, California.

7

8

9

10

11  DATED: *10/26/2010*              *RAJKA GILIC*
                                    ELCO ELECTRIC,
12                                  A CALIFORNIA CORPORATION

13                                  BY: _____

14

15

16

17  DATED: _____          I.B.E.W.   LOCAL   332   EMPLOYEE
18                                  BENEFIT TRUST FUND

19

20                                  By: _____

21

22

23
24  DATED: _____          I.B.E.W.   LOCAL   332   EMPLOYEE
25                                  BENEFIT TRUST FUND

26                                  By: _____

27

28

Law Office of Sue
Campbell
1155 N. First St,      STIPULATION FOR ENTRY OF JUDGMENT
Ste. 101               No. 10-CV-02718 PVT
San Jose, CA 95112                                        Exhibit "A"

1    This agreement may be executed in multiple counterparts, each of which shall

2    constitute an original, and all of which taken together shall constitute one and the same

3    agreement.

4    In witness thereof, Plaintiff and Defendant have executed this stipulation for

5    judgment this _____ day of _____ 2010, at San Jose, California.

6

7

8

9

10   DATED: _____          ELCO ELECTRIC,
                                      A CALIFORNIA CORPORATION
11

12                                    BY:_____

13

14

15

16   DATED: _11/2/10___

17                                    I.B.E.W.   LOCAL   332   EMPLOYEE
                                      BENEFIT TRUST FUND
18
                                      By:_____
19

20

21

22

23   DATED: _____          I.B.E.W.   LOCAL   332   EMPLOYEE
                                      BENEFIT TRUST FUND
24

25                                    By:_____

26

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-02718 PVT

Exhibit "A"

1    This agreement may be executed in multiple counterparts, each of which shall

2    constitute an original, and all of which taken together shall constitute one and the same

3    agreement.

4    In witness thereof, Plaintiff and Defendant have executed this stipulation for

5    judgment this _____ day of _____ 2010, at San Jose, California.

6

7

8

9

10   DATED: _____          ELCO ELECTRIC,
                                       A CALIFORNIA CORPORATION
11

12                                     BY:_____

13

14

15

16   DATED: _____          I.B.E.W.   LOCAL   332   EMPLOYEE
                                       BENEFIT TRUST FUND
17

18                                     By:_____

19

20

21

22

23   DATED: 11/2/2010                  I.B.E.W.   LOCAL   332   EMPLOYEE
                                       BENEFIT TRUST FUND
24

25                                     By: William T. Darrow

26

27

28

Law Office of Sue
Campbell                 5
1155 N. First St,    ─────────────────────────────────────────────
Ste. 101             STIPULATION FOR ENTRY OF JUDGMENT
San Jose, CA 95112   No. 10-CV-02718 PVT

                                       Exhibit "A"